[No. 20383-9-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE LEE SUMMERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-04715-1, Thomas Felnagle, J., entered April 9, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 20629-3-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNIE GENE HENSLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00546-1, James E.F.X. Warme, J., entered March 26, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 20672-2-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DANNY D. HULKOFF, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-1-00938-5, William J. Kamps, J., entered April 12, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Morgan, J.

[No. 20799-1-II.    Division Two.    August 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN RALPH CHIPMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-000978-6, Edwin L. Poyfair, J., entered May 7, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.